

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3630
General FAX: (212) 336-3625

Via email:
mmesidor@tpglaws.com
st1johnson@hanover.com

Julia Gimmi

Re:  Julia Gimmi v. South Island Family Medical, LLC
     EEOC Charge No.: 520-2021-01232

Dear Ms. Gimmi,

Enclosed is the Notice of Right(s) to Sue that you requested for the above-cited file.

On behalf of the Commission,

**Dolanda Young** Digitally signed by Dolanda Young
Date: 2021.05.26 18:46:40 -04'00'  for

May 26, 2021

Judy Keenan,
New York District Director

Dated

Marjorie Mesidor, Esq.
PHILLIPS & ASSOCIATES, PLLC
585 Stewart Avenue, Suite 410
Garden City, NY 11530

Stephanie Johnson, Esq.
Legal Counsel For
South Island Family Medical, LLC
3 California Place South
South Island Park, NY 11558

Enc.