UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK    Attorney: PHILLIPS & ASSOCIATES PLLC

JULIA GIMMI

                                                Plaintiff(s)

                       - against -

SOUTH ISLAND FAMILY MEDICAL, LLC, ETAL

                                                Defendant(s)

Index # 2:21-CV-03349-JMA-ARL

Purchased June 14, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 14, 2021 at 11:42 AM at

3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT on SOUTH ISLAND FAMILY MEDICAL, LLC therein named.

    BY LEAVING A TRUE COPY WITH JIM WOLFANGER, OFFICE MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 50 | 6' | 195 |

Sworn to me on:  July 20, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

**BRUCE KUSTKA**

Invoice #: 767237

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045

JULIA GIMMI

Plaintiff(s)

Index # 2:21-CV-03349-JMA-ARL

- against -

Purchased June 14, 2021

SOUTH ISLAND FAMILY MEDICAL, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 14, 2021 at 11:42 AM at

C/O SOUTH ISLAND FAMILY MEDICAL, LLC
3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT on CAROLYN CASTIGLIA, INDIVIDUALLY therein named,

**SUITABLE AGE** — by delivering thereat a true copy of each to JIM WOLFANGER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 50 | 6' | 195 |

**MAILING** — Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O SOUTH ISLAND FAMILY MEDICAL, LLC
3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 20, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** — Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: July 20, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

BRUCE KUSTKA

Invoice #: 767237

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK - Attorney: HILL & ASSOCIATES PLLC

| | |
|---|---|
| JULIA GIMMI | |
| Plaintiff(s) | Index # 2:21-CV-03349-JMA-ARL |
| - against - | Purchased June 14, 2021 |
| SOUTH ISLAND FAMILY MEDICAL, LLC, ETAL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 14, 2021 at 11:42 AM at

C/O SOUTH ISLAND FAMILY MEDICAL, LLC
3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT on JOHN DOUGLAS BEDELL, INDIVIDUALLY therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to JIM WOLFANGER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 50 | 6' | 195 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O SOUTH ISLAND FAMILY MEDICAL, LLC
3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 20, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: July 20, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | BRUCE KUSTKA |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 767237 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

JULIA GIMMI

Plaintiff(s)

Index # 2:21-CV-03349-JMA-ARL

- against -

Purchased June 14, 2021

SOUTH ISLAND FAMILY MEDICAL, LLC, ETAL

Defendant(s)

Mail Date July 20, 2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 20, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET, EXHIBIT to SOUTH ISLAND FAMILY MEDICAL, LLC at

ATTN: ALL MEMBERS
3 CALIFORNIA PLACE SOUTH
ISLAND PARK, NY 11558

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: July 20, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

BRUCE KUSTKA

Invoice #: 767237

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045